ANTHONY L. MARTIN, ESQ.
Nevada Bar No. 8177
anthony.martin@ogletreedeakins.com
JILL GARCIA, ESQ.
Nevada Bar No. 7805
jill.garcia@ogletreedeakins.com
JAMES E. BERCHTOLD, ESQ.
Nevada Bar No. 5874
jim.berchtold@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Wells Fargo Tower
Suite 1500
3800 Howard Hughes Parkway
Las Vegas, NV  89169
Telephone:  702.369.6800
Fax:  702.369.6888

*Attorneys for Defendant Eldorado Resorts Corporation
and Michael Marrs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| DOUGLAS BULL,<br><br>    Plaintiff,<br><br>vs.<br><br>ELDORADO RESORTS CORPORATION, a Florida corporation; MICHAEL MARRS; BRUCE POLANSKY; KRISTEN BECK; DOMINIC TALEGHANI; JAMES GRIMES; AND DOES 1-50, inclusive;<br><br>    Defendants. | Case No.:  2:15-cv-00756-RFB-PAL<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE DISPOSITIVE MOTIONS AND RESPONSES AND REPLIES THERETO**<br><br>(FIRST REQUEST) |

Pursuant to LR IA 6-1, LR IA 6-2, and LR 7-1 and 26-4, Plaintiff Douglas Bull ("Plaintiff") and Defendants Eldorado Resorts Corporation ("Eldorado") and Michael Marrs ("Marrs") (collectively "Defendants"), by and through their undersigned counsel, hereby stipulate and agree to this first request for extension of time for the parties to file dispositive motions in this action, along with related responses and replies.  Pursuant to the Court's July 1, 2016, Order for

Extension of Discovery Deadlines (ECF No. 47), the current deadline for filing dispositive motions in this case is August 30, 2016 (*see id.* at 6). The parties have completed all discovery in this matter, and good cause exists for the proposed extension based upon the following:

On August 11, 2016, the parties participated in an Early Neutral Evaluation Conference ("ENE") before the Honorable Magistrate Judge George Foley, Jr., in the related case of *Villarreal v. Eldorado Resorts Corp. et al.*, Case No. 2:14-cv-01415-RFB-PAL. (*See* Mins. of Proceedings, ECF No. 97.) Although no settlement was reached, the parties advised the Court that a global settlement conference and continuation of the ENE session would potentially advance the goal of settlement. The Court has, therefore, set a global settlement conference for October 12 and 13, 2016, again before Magistrate Judge Foley. (*See id.*) An extension of the deadline to file dispositive motions, responses, and replies in this case similarly advances the goal of settlement by allowing the parties to conserve resources pending those settlement discussions and to streamline and focus the litigation and issues leading up to that conference. Based upon the foregoing, the parties have agreed that the dispositive motion deadlines should be extended in the following manner:

- Defendants shall file their dispositive motions no later than **September 15, 2016**;
- Plaintiff shall file any response to Defendants' motion no later than **November 15, 2016**;
- Defendants shall file their reply no later than **December 15, 2016**.

//
//
//
//
//

2

This stipulation is not brought for purposes of delay or any other improper purpose.

Dated this 12th day of August, 2016.                Dated this 12th day of August, 2016.

WATKINS & LETOFSKY, LLP                             OGLETREE, DEAKINS, NASH, SMOAK
                                                    & STEWART, P.C.

/s/ Dan Watkins                                     /s/ Jill Garcia
Daniel R. Watkins                                   Anthony L. Martin
Brian S. Letofsky                                   Jill Garcia
400 S. Fourth Street                                James E. Berchtold
Suite 280                                           3800 Howard Hughes Parkway
Las Vegas, NV  89101                                Suite 1500
Telephone:  702-385-5191                            Las Vegas, NV  89169
*Attorneys for Plaintiff Douglas Bull*              Telephone:  702-369-6800
                                                    *Attorneys for Defendants Eldorado Resorts
                                                    Corporation and Michael Marrs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

August 17, 2016
_____
DATED

3